# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,

                                         Civil Action File No.:
                                         1:20-CV-02948-SCJ

     v.

THE PEP BOYS-MANNY, MOE & JACK, INC.,
a Foreign Profit Corporation,
d/b/a PEP BOYS,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff Michael Estrada ("Plaintiff"), by and through counsel, hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement administration.  The parties intend to file a Stipulation of Dismissal with Prejudice of this action within 30 days.

Dated September 10, 2020.

                                  Respectfully submitted,

                                  */s/ Matthew N. Pope*
                                  Matthew N. Pope
                                  MATTHEW N. POPE, P.C.
                                  Georgia Bar No. 584216
                                  matt@mpopelaw.com
                                  900 2nd Avenue

P.O. Box 2624
Columbus, Georgia 31902
Telephone (706) 324-2521

***Counsel for Plaintiff Michael Estrada***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day the foregoing **NOTICE OF SETTLEMENT** was served upon Defendant's counsel via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated September 10, 2020.

Respectfully submitted,

*/s/ Matthew N. Pope*
Matthew N. Pope
MATTHEW N. POPE, P.C.
Georgia Bar No. 584216
matt@mpopelaw.com
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Telephone (706) 324-2521

***Counsel for Plaintiff Michael Estrada***

3